ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN PITTS,
Petitioner,

vs.

LOU STENDER, Warden,
Respondent.

Civil No. 00-620 (RHK/ESS)

ORDER

Respondent has moved for an extension of time in which to respond to Petitioner's Petition for Writ of Habeas Corpus.

Based upon the file, records and proceedings, IT IS HEREBY ORDERED:

Respondent's Response to Petition for Writ of Habeas Corpus shall be filed on or before May 4, 2000.

DATED: March 21, 2000

BY THE COURT:

E.S. Swearingen
United States Magistrate Judge

FILED MAR 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______