# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Steven Pitts,

Petitioner,

Civil No. 00-620 (RHK/ESS)

vs.

**ORDER**

Lou Stender, Warden,

Respondent.

In his February 9, 2001 Report and Recommendation, Magistrate Judge E.S. Swearingen has recommended the dismissal of Petitioner's habeas corpus application; timely objections have been filed and are now before the Court.

This Court has conducted the required de novo review of the objected to portions of the Report and Recommendation. That review satisfies the undersigned that Judge Swearingen's thorough and well-reasoned analysis of the issues before him is correct. Accordingly, the recommended disposition of this matter will be adopted by this Court.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 12) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 11) is **ADOPTED**;
3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**; and
4. This action is **DISMISSED WITH PREJUDICE**.

Dated: March 9, 2001

RICHARD H. KYLE
United States District Judge

MAR 09 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK